SLD:SCJ
F. # 2007R00795
NY-NYE-0537

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JHON JAIME MURILLO,<br>    also known as "Pararito,"<br>LUCIO MURILLO-CARRASCO,<br>    also known as "Jose Antonio<br>    Cosme" and<br>WILLIAM FELIZ,<br>    also known as "Saya,"<br><br>            Defendants. | I N D I C T M E N T<br><br>Cr. No. _____<br>(T. 21, U.S.C., §§<br>841(a)(1),<br>841(b)(1)(A)(i),<br>841(b)(1)(B)(i) and 846;<br>T. 18, U.S.C., §§ 2 and<br>3551 et seq.) |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute Heroin)

On or about and between March 1, 2007 and July 11, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JHON JAIME MURILLO, also known as "Pararito," LUCIO MURILLO-CARRASCO, also known as "Jose Antonio Cosme," and WILLIAM FELIZ, also known as "Saya," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of

a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Distribution of Heroin)

On or about July 2, 2007, within the Eastern District of New York and elsewhere, the defendants JHON JAIME MURILLO, also known as "Pararito," and LUCIO MURILLO-CARRASCO, also known as "Jose Antonio Cosme," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Distribution of Heroin)

On or about July 11, 2007, within the Eastern District of Pennsylvania and elsewhere, the defendant WILLIAM FELIZ, also known as "Saya," together with others, did knowingly and intentionally

distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Murrillo, Murrillo-Carrasco and Feliz**
2. Related Magistrate Docket Number(s)
   None ( X )

3. Arrest Date: N/A
4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:  Less than 6 weeks  ( X )
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?  ( X ) Yes  ( ) No

9. Have arrest warrants been ordered?  ( X ) Yes  ( ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Shannon C. Jones
Assistant U.S. Attorney
718-254-6379

Rev. 3/22/01